UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**United States of America**

    **v.**                                                                    Case No. 06-cr-63-01-PB

**Lolita Dungca**

**O R D E R**

The defendant, through counsel, has moved to continue the September 6, 2006 trial in the above case, citing the need for additional time to locate an interpreter to assist with plea negotiations or trial preparation.  The government does not object to a continuance of the trial date.

Accordingly, in order to allow the parties additional time to properly prepare for trial, the court will continue the trial from September 6, 2006 to December 5, 2006.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

    The court will hold a final pretrial conference on November 28, 2006 at 3:00 p.m.

    SO ORDERED.

                                        /s/Paul Barbadoro
                                        Paul Barbadoro
                                        United States District Judge

August 31, 2006

cc:   Sandra Bloomenthal, Esq.
      Donald Feith, AUSA
      United States Probation
      United States Marshal