**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

    **v.**                                                          Case No. 06-cr-63-PB

<u>Lolita Dungca</u>

**O R D E R**

The defendant has moved to continue the December 5, 2006 trial in the above case, citing the need for counsel to locate a qualified interpreter to assist with plea negotiations and/or trial preparation.  The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from December 5, 2006 to February 6, 2007.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The court will hold a final pretrial conference on January 17, 2007 at 4:30 p.m.

SO ORDERED.

                                             /s/Paul Barbadoro
                                             Paul Barbadoro
                                             United States District Judge

November 30, 2006

cc:   Sandra Bloomenthal, Esq.
      Donald Feith, AUSA
      United States Probation
      United States Marshal